AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 04 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

SEALED

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. CR 12-755-PHX-ROS-MB |
| Joseph Christopher Monahan | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: United States District Court<br>401 W. Washington Street<br>Phoenix, Arizona | Courtroom No.: 304 |
|---|---|
| | Date and Time: 05/02/2012 10:30 am |

This offense is briefly described as follows:
18:1349 Conspiracy and 18:1343 and 2 Wire Fraud

Date: 04/11/2012

*Issuing officer's signature*

Brian D. Karth, Clerk of Court/DCE
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons ☐ Returned this summons unexecuted

Date: 4/24/12

*Server's signature*

Janie S. Farrington CI DUSM
*Printed name and title*

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. CR 12-755-PHX-ROS-MB

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

**INFORMATION FOR SERVICE**

Name of defendant/offender: _____

Last known residence: _____

Usual place of abode *(if different from residence address):* _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

---

**PROOF OF SERVICE**

This summons was received by me on *(date)* 4/25/12 .

☒ I personally served the summons on this defendant  Jessen Marlow                                    at
*(place)* _____  n *(date)* 4/26/12 ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode
with *(name)* _____ , a person of suitable age and discretion who resides
there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____ ,
who is authorized to receive service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ and I mailed a copy to
the organizations's last known address within the district or to its principal place of business elsewhere in the
United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: 4/26/12

_____
*Server's signature*

James Farrington  CI/17usn
*Printed name and title*

Remarks: