# United States District Court
### District of Arizona
### Office of the Clerk

**Brian D. Karth**
District Court Executive / Clerk Of Court
Sandra Day O'Connor U. S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118



___ FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 1 0 2014

CLERK U S DISTRICT COURT Michael S. O'Brien
DISTRICT OF ARIZONA Deputy Clerk
BY_____ Evo A. DeConcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010

**Debra D. Lucas**
Chief Deputy Clerk
Sandra Day O'Connor U. S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

October 27, 2014

Clerk, U.S. District Court
Northern District of New York
100 S Clinton St., PO Box 7367
Syracuse, NY 13261-7367

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
NOV - 3 2014
AT____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

re:   Joseph Christopher Monahan
      our number:   CR-12-755-002-PHX-ROS
      your number:  CR-14-374-GTS

Dear Clerk of Court:

Enclosed are transfer documents pursuant to Federal Rule of Criminal Procedure 18:3605. Documents include:

1) Certified copy of the docket sheet                    X
2) Consent to Transfer Case pursuant to 18:3605          X
3) Certified copy of Indictment/Charging document        X
4) Certified copy of Judgment and Commitment             X
5) Other documents as requested                          ___

Sincerely,

BRIAN D. KARTH, DCE/Clerk of Court

By   /s/L.Figueroa
     Deputy Clerk

**PLEASE ACKNOWLEDGE RECEIPT OF THIS DOCUMENT AND RETURN IN THE ENVELOPE PROVIDED** - By: _____ Dated: 11/3/2014

Enclosures